```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF RHODE ISLAND
```

Diego Velasquez

    v.                                                Case No. 23-cv-15-SDE

Mary S. McElroy, et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 28, 2023. For the reasons explained therein, Mr. Velasquez's suit is barred by the doctrine of absolute judicial immunity and the complaint is therefore dismissed.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

                                                            _____
                                                            Samantha D. Elliott
                                                            United States District Judge

Date: March 23, 2023

cc: Diego Velasquez, pro se